| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James E Worthy** | Social Security number or ITIN  **xxx–xx–7298** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of North Carolina** | | |
| Case number:   **14–32013** | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ Warren L. Tadlock is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 13 case of the above named debtor is closed.

Dated: March 8, 2016
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (3/8/16)